**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JUDY HARTLEDGE**                                            **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:26CV28-DMB-RP**

**STATE FARM FIRE AND CASUALTY COMPANY**              **DEFENDANTS**

## <u>ORDER GRANTING MOTION TO SUBSTITUTE PARTY</u>

Plaintiff seeks to have Justin Reed Hartledge, Administrator C.T.A. of the Estate of Judith J. Hartledge, Deceased, substituted as Plaintiff in place of Judy Hartledge.    ECF 10. The Motion to Substitute Party advises that Justin Reed Hartledge has been appointed as the Administratror of the Estate of Judy Hartledge.    The Entry of Appearance, Waiver of Process, and Joinder indicates that Justin Reed Hartledge has been served with the Motion for Substitution and agrees to the substitution.    *Id.*    State Farm Fire and Casualty Company has advised the court that it has no objection to the substitution.

For purposes of substitution of "proper parties" upon death of a party, the "proper party" to substitute is either the executor or administrator of the estate of the deceased.    *Ashley v. Illinois Cent. Gulf R. Co.*, 98 F.R.D. 722, 724 (S.D. Miss. 1983).    Therefore, the court concludes that Justin Reed Hartledge, Administrator C.T.A. of the Estate of Judith J. Hartledge, Deceased, is the proper party to be substituted for plaintiff.    As such, the motion to substitute party (ECF 11) is **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that "Justin Reed Hartledge, Administrator C.T.A. of the Estate of Judith J. Hartledge, Deceased" is substituted as the proper party plaintiff

in place and instead of "Judy Hartledge". The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated plaintiff.

THIS, the 9th day of June, 2026.

/s/Roy Percy
UNITED STATES MAGISTRATE JUDGE